UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. CRAGO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY TOWING ENFORCEMENT SUPERVISOR, et. al.,<br><br>　　　　Defendants. | No.  2:25-cv-0086-DC-CKD (PS)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS |

　　　　On January 8, 2025, plaintiff Mary J. Crago, proceeding with counsel, filed the initial complaint and motion to proceed in forma pauperis. (ECF Nos. 1, 2.) The Court granted plaintiff's motion to proceed in forma pauperis and dismissed her complaint with leave to amend. (ECF No. 6.) Plaintiff filed a first amended complaint ("FAC") on May 28, 2025. (ECF No. 9.) The Court issued findings and recommendations that the FAC be dismissed without leave to amend. (ECF No. 10.) Plaintiff filed objections to the findings and recommendations on September 2, 2025. (ECF No. 11.)

　　　　In the objections, plaintiff states that she would like to attend the "self help" day, and requests a "pacer account fee waiver." (ECF No. 11.) Because plaintiff requests to attend the Court's Pro Se Help Day, which is taking place on October 3, 2025, the Court VACATES the findings and recommendations to allow plaintiff the opportunity to attend. If plaintiff wishes to

1

attend the Pro Se Help Day, she may schedule an appointment by emailing proseappointment@caed.uscourts.gov by October 1, 2025. Plaintiff should include her name, case number, and preferred time slot. Walk-in appointments are also available on a first come first served basis until 2:00 p.m. on October 3, 2025. More information is available at https://www.caed.uscourts.gov/caednew/index.cfm/news/pro-se-help-days/.

If after attending the Pro Se Help Day, plaintiff feels she can allege facts sufficient to support a second amended complaint, plaintiff may file a second amended complaint within 30 days of the Pro Se Help Day. However, if plaintiff fails to file a second amended complaint within 30 days, this could result in a recommendation that the case be dismissed for failure to prosecute.

Plaintiff also requests a "pacer account fee waiver." (ECF No. 11 at 2.) It is unclear what plaintiff is requesting. To the extent plaintiff is requesting to electronically file documents with the Court, "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). If plaintiff wishes to electronically file documents with the Court, she may file a motion with the Court requesting permission to e-file and establish good cause to deviate from the Local Rule.

In accordance with the above, IT IS ORDERED:

1. The August 21, 2025 findings and recommendations (ECF No. 9) are VACATED;
2. If plaintiff attends the October 3, 2025 Pro Se Help Day, she may file a second amended complaint within 30 days; and
3. If plaintiff wishes to file documents electronically with the Court, she may file a motion to e-file establishing good cause to deviate from Local Rule 133(b)(2).

Dated: September 10, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, crag.0088.25

2