UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARY J. CRAGO,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY TOWING ENFORCEMENT SUPERVISOR, et al.,<br><br>Defendants. | No. 2:25-cv-00086-DC-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

Plaintiff Mary J. Crago proceeding *pro se*, filed this action against Defendants. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 28, 2025, Plaintiff filed a first amended complaint. (Doc. No. 9.) On August 21, 2025, the assigned magistrate judge issued findings and recommendations recommending Plaintiff's first amended complaint be dismissed without leave to amend. (Doc. No. 10.) Plaintiff filed objections to the findings and recommendations on September 2, 2025. (Doc. No. 11.) In her objections, Plaintiff stated that she would like to attend the court's *pro se* help day. (*Id*. at 2.)

On September 10, 2025, the magistrate judge issued an order vacating the August 21, 2025 findings and recommendation in light of Plaintiff's request to attend the court's *pro se* help day. (Doc. No. 12 at 1.) The magistrate judge provided Plaintiff with thirty (30) days to file a

1

second amended complaint. (*Id*. at 2.) Further, the magistrate judge warned Plaintiff that failure to file a second amended complaint within thirty (30) days could result in a recommendation that the action be dismissed for failure to prosecute. (*Id*.) Plaintiff did not file an amended complaint and did not seek an extension of time to do so.

Accordingly, on December 9, 2025, the magistrate judge issued findings and recommendations recommending that this action be dismissed for failure to prosecute. (Doc. No. 13.) The findings and recommendations were served upon Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 2.) Plaintiff has not filed any objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 9, 2025 (Doc. No. 13) are ADOPTED IN FULL;

2. This action is dismissed for failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:     **March 29, 2026**

Dena Coggins
United States District Judge

2